# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Angela Higinbotham, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 13-5045- CV-SW-JTM |
| Carolyn W. Colvin, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## O R D E R

On Wednesday, June 4, 2014, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed August 22, 2013 [Doc. 9] and the *Brief For Defendant*, filed January 6, 2014, [Doc. 15]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                     */s/ John T. Maughmer*
                                   **JOHN T. MAUGHMER**
                                   **U. S. MAGISTRATE JUDGE**